UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>J. RANDOLPH PARRY ARCHITECTS, P.C., *et al.*,<br><br>　　　　　　　Defendants,<br><br>and<br><br>GAHC3 BETHLEHEM PA ILF, LLC, *et al.*,<br><br>　　　　　　　Rule 19 Defendants. | No. 5:20-cv-06249-JFL |

**PLAINTIFF UNITED STATES' RULE 41 NOTICE OF DISMISSAL OF DEFENDANTS TWO DOUGLASSVILLE PROPERTIES, LP AND CARE HSL NEWTOWN PROPCO, LLC WITHOUT PREJUDICE**

　　The United States, through undersigned counsel, hereby dismisses Defendant Two Douglassville Properties, LP, the former owner of the Keystone Villa property, and Defendant Care HSL Newtown Propco, LLC, the former owner of The Birches property, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  This dismissal is without prejudice.

Dated:　March 22, 2021

Respectfully submitted,

*/s/ Julie J. Allen*
PAMELA S. KARLAN
Principal Deputy Assistant Attorney General
SAMEENA SHINA MAJEED
Chief
ANDREA K. STEINACKER
Special Litigation Counsel
JULIE J. ALLEN
LAUREN M. MARKS
Trial Attorneys
Housing and Civil Enforcement Section
Civil Rights Division
U.S. Department of Justice
150 M Street, NE
Washington, DC 20530
Phone: (202) 307-6275
Fax: (202) 514-1676
E-mail: Julie.Allen@usdoj.gov
           Lauren.Marks@usdoj.gov

Attorneys for Plaintiff
United States of America

<u>Certificate of Service</u>

  I hereby certify that on March 22, 2021, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing.  Based on the electronic records currently on file, the Clerk of the Court will transmit a notice of Electronic filing to the following ECF registrants who may access the filing through the Court's system:

 JKelleher@stradley.com
 skats@stradley.com

  I hereby certify that the attached document will be served by electronic mail or U.S. mail on the remaining parties, who are not registered participants of the ECF System.

              */s/ Julie J. Allen*
              Attorney for Plaintiff United States