UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 5:20-cv-06249-JFL |
| | ) | |
| v. | ) | |
| | ) | |
| J. RANDOLPH PARRY ARCHITECTS, P.C., *et al.*, | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| GAHC3 BETHLEHEM PA ILF, LLC, *et al.*, | ) | |
| | ) | |
| Rule 19 Defendants. | ) | |

**ORDER**

AND NOW, this _____ day of _____, 2021, upon consideration of the Plaintiff United States' Unopposed Motion to Stay Proceedings, it is hereby ORDERED that the Motion is Granted and that all proceedings in the above-captioned matter are stayed until September 17, 2021, and that all parties' rights, remedies, and defenses are reserved, and the stay of proceedings shall in no way alter, impair, or waive any rights, remedies or defenses of any party.

BY THE COURT:

_____
The Honorable Joseph F. Leeson, Jr.
United States District Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>J. RANDOLPH PARRY ARCHITECTS, P.C., *et al.*,<br><br>　　　　　　Defendants,<br><br>and<br><br>GAHC3 BETHLEHEM PA ILF, LLC, *et al.*,<br><br>　　　　　　Rule 19 Defendants. | No. 5:20-cv-06249-JFL |

**PLAINTIFF UNITED STATES' UNOPPOSED MOTION TO STAY PROCEEDINGS**

For the reasons set forth below, Plaintiff United States respectfully moves, and defendants do not oppose, the Court to stay all proceedings in this case, including, but not limited to, a suspension of the deadlines for filing further pleadings, all conferences, and discovery.

On December 11, 2020 and March 1, 2021, the United States filed a complaint and amended complaint alleging, *inter alia*, violations of the Fair Housing Act ("FHA"), as amended, 42 U.S.C. § 3601 *et seq.*, and the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq.*, for designing and constructing covered multi-family dwellings and associated places of public accommodation located in Pennsylvania, Virginia, New Jersey, and Connecticut to be inaccessible to persons with disabilities. Am. Compl. at 1-2, 23-26, ECF No. 10. The defendants named are original owners and architects of the dwelling complexes. *Id.* at 8-9. The complaint also names the complexes' current owners as Federal Rules of Civil Procedure 19 defendants for

2

purposes of relief. *Id.* at 9-10; *see also* Fed. R. Civ. P. 19(a)(1)(A). On April 13, 2021, the United States filed an unopposed motion for leave to file a second amended complaint.[1] *See* ECF No. 35.

The parties have agreed to explore settlement of this matter, and therefore wish to suspend this litigation for 150 days to enable such discussions to proceed. If these discussions fail to result in agreement, the parties will return to the Court to request a resumption of the lawsuit and to seek a further order governing the timing of the case. The Court has the authority to issue the proposed Order under Rule 6(b) of the Federal Rules of Civil Procedure and under its inherent authority to manage its docket.

This motion is made with a full reservation of all parties' rights, remedies, and defenses, and this motion shall in no way alter, impair, or waive any rights, remedies or defenses of any party.

WHEREFORE, the United States therefore requests that the Court grant its motion for stay of proceedings for 150 days, or until September 17, 2021.

---

[1] If the Court grants this motion for stay, then grants the motion for leave to file the second amended complaint during the period the case is stayed, the parties agree that all deadlines related to service, waivers, and responses to the second amended complaint will be suspended until the end of the stay.

Respectfully submitted,

*/s/ Lauren M. Marks*
PAMELA S. KARLAN
Principal Deputy Assistant Attorney General
SAMEENA SHINA MAJEED
Chief
ANDREA K. STEINACKER
Special Litigation Counsel
JULIE J. ALLEN
LAUREN M. MARKS
Trial Attorneys
Housing and Civil Enforcement Section
Civil Rights Division
U.S. Department of Justice
150 M Street, NE
Washington, DC 20530
Phone: (202) 307-6275
Fax: (202) 514-1676
E-mail: Julie.Allen@usdoj.gov
          Lauren.Marks@usdoj.gov

Attorneys for Plaintiff
United States of America

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(b)**

I hereby certify that the forgoing Plaintiff United States' Motion to Stay Proceedings is uncontested.

    Respectfully submitted,

    */s/ Lauren M. Marks*
    PAMELA S. KARLAN
    Principal Deputy Assistant Attorney General
    SAMEENA SHINA MAJEED
    Chief
    ANDREA K. STEINACKER
    Special Litigation Counsel
    JULIE J. ALLEN
    LAUREN M. MARKS
    Trial Attorneys
    Housing and Civil Enforcement Section
    Civil Rights Division
    U.S. Department of Justice
    150 M Street, NE
    Washington, DC 20530
    Phone: (202) 307-6275
    Fax: (202) 514-1676
    E-mail: Julie.Allen@usdoj.gov
           Lauren.Marks@usdoj.gov

    Attorneys for Plaintiff
    United States of America

**Certificate of Service**

      I hereby certify that on April 20, 2021, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing. Based on the electronic records currently on file, the Clerk of the Court will transmit a notice of Electronic filing to the following ECF registrants who may access the filing through the Court's system:

    JKelleher@stradley.com
    skats@stradley.com
    marisa.defeo@saul.com
    cmoffitt@foxrothschild.com
    gweiner@klehr.com
    tsuddath@reedsmith.com

      I hereby certify that the attached document will be served by electronic mail or U.S. mail on the remaining parties, who are not registered participants of the ECF System.

                                     */s/ Lauren M. Marks*
                                       Lauren M. Marks
                                       Attorney for Plaintiff United States