IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, :<br>　　　　　Plaintiff, :<br>　　　　　　　　　　　　　　 :<br>　　v. 　　　　　　　　　　　　：<br>　　　　　　　　　　　　　　 :<br>J. RANDOLPH PARRY ARCHITECTS, P.C., :<br>*et al.*, 　　　　　　　　　　　 :<br>　　　　　Defendants. 　　　　　 : | Civil No. 5:20-cv-06249-JMG |

**ORDER**

**AND NOW**, this 23rd day of May, 2022, upon consideration of Defendants' motions to dismiss Defendant J. Randolph Parry Architects' Crossclaims (ECF Nos. 70, 71), Plaintiff's motion to strike Defendant J. Randolph Parry Architects' Third-Party Complaint (ECF No. 75), and all related responses and replies, it is **HEREBY ORDERED** as follows:

　　1.　　Defendants' motions are **GRANTED**. Defendant J. Randolph Parry Architects' Crossclaims are **DISMISSED without prejudice** for lack of subject matter jurisdiction.

　　2.　　Plaintiff's motion is **GRANTED**. Defendant Randolph Parry Architects, P.C.'s Third-Party Complaint (ECF No. 62-1) is **DISMISSED without prejudice** for lack of subject matter jurisdiction.

　　3.　　The Clerk of Court is **DIRECTED** to terminate all Third-Party Defendants.

　　4.　　The stay entered on May 4, 2022 (ECF No. 135), is **LIFTED**.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*/s/ John M. Gallagher*
　　　　　　　　　　　　　　　　　　JOHN M. GALLAGHER
　　　　　　　　　　　　　　　　　　United States District Court Judge