IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff, : | |
| : | |
| v. : | Civil No. 5:20-cv-06249-JMG |
| : | |
| J. RANDOLPH PARRY ARCHITECTS, P.C., : | |
| *et al.*, : | |
| Defendants. : | |

**ORDER**

**AND NOW**, this 22nd day of June, 2022, upon consideration of Defendant J. Randolph Parry Architects' motion for judgment on the pleadings (ECF No. 125), Plaintiff's response (ECF No. 155), and Defendant's reply (ECF No. 181), it is **HEREBY ORDERED** that the motion is **DENIED**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge