UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>J. RANDOLPH PARRY ARCHITECTS, P.C., *et al.*,<br><br>　　　　　　Defendants,<br><br>and<br><br>GAHC3 BETHLEHEM PA ILF, LLC, *et al.*,<br><br>　　　　　　Rule 19 Defendants. | No. 5:20-cv-06249-JMG |

## ORDER

AND NOW, this ___28th___ day of ___November___, 2022, upon consideration of the Plaintiff United States' and Rule 19 Defendant Care HSL Harleysville Propco LP's Joint Motion to Enter Consent Order, it is hereby ORDERED that the Joint Motion is Granted. It is FURTHER ORDERED that the United States' lawsuit against the remaining Defendants and Rule 19 Defendants is unaffected by this Consent Order and remains in full force and effect. The Clerk is directed to docket the Consent Order Between the United States and Care HSL Harleysville Propco LP attached as Exhibit 1 to the Joint Motion.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　　　　/s/ John M. Gallagher
　　　　　　　　　　　　　　　　　　　　　　　The Honorable John M. Gallagher
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge