UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>J. RANDOLPH PARRY ARCHITECTS, P.C., *et al.*,<br><br>    Defendants,<br><br>and<br><br>GAHC3 BETHLEHEM PA ILF, LLC, *et al.*,<br><br>    Rule 19 Defendants. | No. 5:20-cv-06249-JMG |

**ORDER**

AND NOW, this _____ day of _____, 2023, upon consideration of the Plaintiff United States' and Defendant The Views at Pine Valley I, LP's Joint Motion to Enter Consent Order, it is hereby ORDERED that the Joint Motion is Granted.  It is FURTHER ORDERED that the United States' lawsuit against the remaining Defendants and Rule 19 Defendants is unaffected by this Consent Order and remains in full force and effect.  The Clerk is directed to docket the Consent Order with all attachments between the United States and The Views at Pine Valley I, LP attached as Exhibit 1 to the Joint Motion.

                     BY THE COURT:

                     _____
                     The Honorable John M. Gallagher
                     United States District Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>J. RANDOLPH PARRY ARCHITECTS, P.C., *et al.*,  )<br>)<br>Defendants,  )<br>)<br>and  )<br>)<br>GAHC3 BETHLEHEM PA ILF, LLC, *et al.*,  )<br>)<br>Rule 19 Defendants.  )<br>_____ ) | No. 5:20-cv-06249-JMG |

**PLAINTIFF UNITED STATES' AND DEFENDANT THE VIEWS
AT PINE VALLEY I, LP'S JOINT MOTION TO ENTER CONSENT ORDER**

Plaintiff United States of America and Defendant The Views at Pine Valley I, LP ("Views") by and through their undersigned counsel jointly request that the Court enter the proposed Consent Order between the United States and Views attached as Exhibit 1 to resolve this case as it relates to Defendant Views. In support of this Joint Motion, the United States and Views assert as follows:

1. The United States brought this action against J. Randolph Parry Architects, PC and the owners of multifamily complexes, including Views (collectively "Defendants") alleging violations of the Fair Housing Act, as amended ("FHA"), 42 U.S.C. §§ 3601-3619, and the FHA's implementing regulations, 24 C.F.R. §§ 100.200-205; Title III of the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. §§ 12181-12213; and the ADA Standards for Accessible Design, *see* 28 C.F.R. Pt. 36 Appendices A & D ("ADA Standards").

2. The United States also named several Rule 19 Defendants in whose absence complete relief could not be afforded to the United States.

3. The United States and Defendant Views have agreed to entry of the attached Consent Order resolving the United States' claims as it relates to Views.

4. The United States' lawsuit against all other Defendants and Rule 19 Defendants remains unaffected by this Consent Order with Views.[1]

*For Plaintiff United States of America*:

    Respectfully submitted,

    KRISTEN CLARKE
    Assistant Attorney General
    Civil Rights Division

    <u>/s Julie J. Allen</u>
    SAMEENA SHINA MAJEED
    Chief
    MICHAEL S. MAURER
    Deputy Chief
    JULIE J. ALLEN
    LAUREN M. MARKS
    Trial Attorneys
    Housing and Civil Enforcement Section
    Civil Rights Division
    U.S. Department of Justice
    150 M Street, NE
    Washington, DC 20530
    Phone: (202) 307-6275
    Fax: (202) 514-1676
    E-mail: Julie.Allen@usdoj.gov
           Lauren.Marks@usdoj.gov

---

[1] The Court has previously entered Consent Orders between the United States and Rule 19 Defendants: 1180 Ben Franklin Way, LLC; Care HSL Newtown Propco LP; Care HSL Harleysville Propco LP; GAHC3 Bethlehem PA, ILF, LLC; GAHC3 Palmyra PA, ALF LLC; and GAHC3 Boyertown PA ALF, LLC and Defendants: Lifequest Nursing Center and J. Randolph Parry Architects, PC.  *See* ECF Nos. 49, 50, 83, 84, 199, 200, 207, 208, 209, 210, 212, and 213.

Attorneys for Plaintiff
United States of America

*For The Views at Pine Valley I, LP*

  */s/ Joseph T. Kelleher*
Joseph T. Kelleher, Esquire
STRADLEY RONON STEVENS & YOUNG, LLP
2005 Market Street
Suite 2600
Philadelphia, PA  19103
Phone: (215) 564-8034
Fax: (215) 564-8120
E-mail: jkelleher@stradley.com

Attorneys for Defendant,
The Views at Pine Valley I, LP

## Certificate of Service

I hereby certify that on May 8, 2023, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing. Based on the electronic records currently on file, the Clerk of the Court will transmit a notice of Electronic filing to the ECF registrants who may access the filing through the Court's system.

*/s/ Julie J. Allen*
Julie J. Allen
Attorney for Plaintiff United States
