UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>J. RANDOLPH PARRY ARCHITECTS, P.C., *et al.*,  )<br>)<br>Defendants,  )<br>)<br>and  )<br>)<br>GAHC3 BETHLEHEM PA ILF, LLC, *et al.*,  )<br>)<br>Rule 19 Defendants.  )<br>_____)  | No. 5:20-cv-06249-JMG |

# ORDER

AND NOW, this _____ day of _____, 2023, upon consideration of the Joint Motion of Plaintiff United States and Defendants Westrum Hanover, L.P., One Boyertown Properties, L.P., and J. Randolph Parry Architects, P.C. to Enter Consent Orders, it is hereby ORDERED that the Joint Motion is Granted.  It is FURTHER ORDERED that the United States' lawsuit against the remaining Defendants and Rule 19 Defendants is unaffected by this Consent Order and remains in full force and effect.  The Clerk is directed to docket the Consent Orders with all attachments attached as Exhibits 1 and 2, respectively, to the Joint Motion.

BY THE COURT:

_____
The Honorable John M. Gallagher
United States District Judge

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> J. RANDOLPH PARRY ARCHITECTS, P.C., *et al.*, ) <br> ) <br> Defendants, ) <br> ) <br> and ) <br> ) <br> GAHC3 BETHLEHEM PA ILF, LLC, *et al.*, ) <br> ) <br> Rule 19 Defendants. ) <br> ) | No. 5:20-cv-06249-JMG |

**JOINT MOTION OF PLAINTIFF UNITED STATES AND DEFENDANTS WESTRUM HANOVER, L.P., ONE BOYERTOWN PROPERTIES, L.P., AND J. RANDOLPH PARRY ARCHITECTS, P.C. TO ENTER CONSENT ORDERS**

Plaintiff United States of America and Defendants Westrum Hanover, L.P. ("Westrum"), One Boyertown, L.P. ("One Boyertown"), and J. Randolph Parry Architects, P.C. ("Parry") (collectively, "Defendants"), by and through their undersigned counsel, jointly request that the Court enter the proposed Consent Orders between the United States and Defendants attached as Exhibits 1 and 2, respectively, to resolve this case as it relates to Westrum and One Boyertown. In support of this Joint Motion, the United States and Defendants state as follows:

1. The United States brought this action against Parry and the owners of multifamily complexes, including Westrum and One Boyertown, alleging violations of the Fair Housing Act, as amended ("FHA"), 42 U.S.C. §§ 3601-3619, and the FHA's implementing regulations, 24 C.F.R. §§ 100.200-205; Title III of the Americans with Disabilities Act of 1990 ("ADA"), 42

U.S.C. §§ 12181-12213; and the ADA Standards for Accessible Design, *see* 28 C.F.R. Pt. 36 Appendices A & D ("ADA Standards").

2. The United States also named several Rule 19 Defendants in whose absence complete relief could not be afforded to the United States.

3. The United States and Defendants have agreed to the entry of the attached Consent Orders resolving the United States' claims regarding Westrum and One Boyertown.

4. The United States' lawsuit against all other parties remains unaffected by these Consent Orders.[1]

*For Plaintiff United States of America*:

        Respectfully submitted,

        KRISTEN CLARKE
        Assistant Attorney General
        Civil Rights Division

        */s/ Lauren M. Marks*
        CARRIE PAGNUCCO
        Chief
        MICHAEL S. MAURER
        Deputy Chief
        JULIE J. ALLEN
        LAUREN M. MARKS
        Trial Attorneys
        Housing and Civil Enforcement Section
        Civil Rights Division
        U.S. Department of Justice
        150 M Street, NE
        Washington, DC 20530
        Phone: (202) 307-6275

---

[1] The Court has previously entered Consent Orders between the United States and Rule 19 Defendants: 1180 Ben Franklin Way, LLC; Care HSL Newtown Propco LP; Care HSL Harleysville Propco LP; GAHC3 Bethlehem PA, ILF, LLC; GAHC3 Palmyra PA, ALF LLC; and GAHC3 Boyertown PA ALF, LLC and Defendants: Lifequest Nursing Center, J. Randolph Parry Architects, PC, the Views at Pine Valley I, LP, One Newtown Properties, LP and HCRI Pennsylvania Properties, Inc. *See* ECF Nos. 49, 50, 83, 84, 199, 200, 207, 208, 209, 210, 212, 213, 228, 231 and 235.

                    Fax: (202) 514-1676
                    E-mail: Julie.Allen@usdoj.gov
                          Lauren.Marks@usdoj.gov

                    Attorneys for Plaintiff
                    United States of America

*For Westrum Hanover, L.P. and One Boyertown Properties, L.P.:*

                    <u>*/s/ W. Christian Moffitt*</u>
                    W. Christian Moffitt
                    980 Jolly Road, Suite 110
                    Blue Bell, PA 19454
                    (610) 397-6500
                    (610) 397-0450 (facsimile)

                    Attorneys for Defendant,
                    HCRI Pennsylvania Properties, Inc.

*For J. Randolph Parry Architects, P.C.:*

                    <u>*/s/ Anthony Capasso*</u>
                    Anthony Capasso

                    Attorneys for Defendant,
                    J. Randolph Parry Architects, P.C.

**Certificate of Service**

    I hereby certify that on September 27, 2023, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing. Based on the electronic records currently on file, the Clerk of the Court will transmit a notice of Electronic filing to the ECF registrants who may access the filing through the Court's system.

                                                   */s/ Lauren M. Marks*
                                                   Lauren M. Marks
                                                   Attorney for Plaintiff United States