UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>J. RANDOLPH PARRY ARCHITECTS, P.C., *et al.*,<br><br>　　　　　　　Defendants,<br><br>and<br><br>GAHC3 BETHLEHEM PA ILF, LLC, *et al.*,<br><br>　　　　　　　Rule 19 Defendants. | No. 5:20-cv-06249-JMG |

**PLAINTIFF UNITED STATES' RULE 41 NOTICE OF DISMISSAL OF DEFENDANT AMC DELANCEY TRADITIONS OF HERSHEY PARTNERS, LP WITH PREJUDICE**

　　The United States, through undersigned counsel, hereby dismisses Defendant AMC Delancey Traditions of Hershey Partners, LP, the former owner of The Traditions of Hershey independent and assisted living community located at 100 N. Larkspur Drive in Palmyra, Pennsylvania, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  This dismissal is with prejudice.

Dated:  September 27, 2023

1

Respectfully submitted,

*/s/ Lauren M. Marks*
CARRIE PAGNUCCO
Chief
MICHAEL S. MAURER
Deputy Chief
JULIE J. ALLEN
LAUREN M. MARKS
Trial Attorneys
Housing and Civil Enforcement Section
Civil Rights Division
U.S. Department of Justice
150 M Street, NE
Washington, DC 20530
Phone: (202) 307-6275
Fax: (202) 514-1676
E-mail: Julie.Allen@usdoj.gov
          Lauren.Marks@usdoj.gov

Attorneys for Plaintiff
United States of America

**Certificate of Service**

I hereby certify that on September 27, 2023, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing. Based on the electronic records currently on file, the Clerk of the Court will transmit a notice of Electronic filing to the ECF registrants who may access the filing through the Court's system.

/s/ *Lauren M. Marks*
Lauren M. Marks
Attorney for Plaintiff United States