IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

UNITED STATES OF AMERICA,  :
        Plaintiff,  :
                                                :
        v.  :    Civil No. 5:20-cv-06249-JMG
                                                :
ONE BOYERTOWN PROPERTIES LP,  :
*et al.*,  :
        Defendants.  :

_____

**ORDER**

**AND NOW**, this 2nd day of November, 2023, upon consideration of the parties' Joint Motion of Plaintiff United States and Defendants Westrum Hanover, L.P., One Boyertown Properties, L.P., and J. Randolph Parry Architects, P.C. to Enter Consent Orders (ECF No. 239), **IT IS HEREBY ORDERED** that the Motion (ECF No. 239) is **GRANTED.**

**IT IS FURTHER ORDERED** that the United States' lawsuit against the remaining Defendants and Rule 19 Defendants is unaffected by this Consent Order and remains in full force and effect. The **CLERK IS DIRECTED** to docket the Consent Orders with all attachments as Exhibits 1 and 2, respectively, to this Order.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge