# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>    v.<br><br>ONE BOYERTOWN PROPERTIES, LP, *et al.*,<br>    Defendants. | :<br>:<br>:<br>:   Civil No. 5:20-cv-06249-JMG<br>:<br>:<br>: |

**ORDER**

**AND NOW** this 25th day of June 2024,

**IT IS HEREBY ORDERED** that a written status update shall be provided every 90 days beginning on September 1, 2024.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge