UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>    v.<br><br>ONE BOYERTOWN PROPERTIES, LP, et al.,<br>    Defendants. | :<br>:<br>:<br>: Civil No. 5:20-cv-06249-JMG<br>:<br>:<br>: |

**ORDER**

**AND NOW** this 16th day of August 2024, upon consideration of Plaintiff United States of America's Uncontested Motion for Distribution of Settlement Funds Associated with Traditions of Hershey, Keystone Villa, and Chestnut Knoll (ECF No. 254) it is **ORDERED** that the Uncontested Motion (ECF No. 254) is **GRANTED** as follows:

1. Defendant J. Randolph Parry Architects, P.C. ("Parry") shall issue a check for $5,000 to each of the following aggrieved persons associated with Traditions of Hershey, or their estates, from the $75,000 settlement fund created pursuant to the Parry Consent Order, ECF No. 200: 1) Robert Keefer; 2) Sally Ann Keefer; 3) the estate of Ruthe Morocco; and 4) Betty Garland Seitz;

2. Parry shall issue a check for $7,500 to each of the following aggrieved persons associated with Traditions of Hershey, or their estates, from the $75,000 settlement fund created pursuant to the Parry Consent Order, ECF No. 200: 1) Judith Barbara Harris Rice; and 2) the estate of Elaine Kaye;

3. Parry shall issue a check for $15,000 to the estate of Mary Ann Trojanowski, a former resident of Keystone Villa, from the $75,000 settlement fund created pursuant to the Parry Consent Order, ECF No. 200;

4. Parry shall issue a check for $25,000 plus all accrued interest to the estate of Cleata Mae Akins, a former resident of Traditions of Hershey, from the $75,000 settlement fund created pursuant to the Parry Consent Order, ECF No. 200; and

5. Parry shall issue a check for $1,000 to the estates of each of the following aggrieved persons associated with Chestnut Knoll from the $13,500 settlement fund created pursuant to the One Boyertown Consent Order, ECF No. 241-2: 1) the estate of Betty A. Ritter; and 2) the estate of Orville Ford.

6. Parry shall send those checks to Plaintiff United States of America located at 4 Constitution Square, 150 M Street, Northeast, Suite 8.125, Washington, D.C. 20002.

7. Prior to distributing any check to an aggrieved person, Plaintiff United States of America shall provide Parry or Defendant One Boyertown Properties, L.P., as appropriate, with a release signed by the aggrieved person, his or her legal representative, or the executor or executrix of his or her estate.

8. Parry shall pay to the United States Treasury $11,500 plus any and all interest accrued on the settlement fund created pursuant to the One Boyertown Consent Order, ECF No. 241-2. This amount shall be paid in the form of an electronic funds transfer in accordance with written instructions to be provided by the United States.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge